**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____  Chapter _11_

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **4/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Emporia Property Group, LLC | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | FDBA  Avaste Hotel Suites & Conference Center <br> FDBA  Knights Inn, Emporia, KS <br> DBA  Franchisee of Clarion Inn and Conference Center |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-2090355 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 2700 W. 18th Avenue <br> Emporia, KS 66801 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Lyon <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | 7211 |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Emporia Property Group, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 23, 2019
                         MM / DD / YYYY

**X** /s/ Lee Jones                                                      Lee Jones
Signature of authorized representative of debtor          Printed name

Title    Authorized Signer for Emporia Property
            Group, LLC

**18. Signature of attorney**

**X** /s/ Colin Gotham                                             Date   September 23, 2019
Signature of attorney for debtor                                           MM / DD / YYYY

Colin Gotham KS#19538; MO#52343
Printed name

Evans & Mullinix, P.A.
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
Number, Street, City, State & ZIP Code

Contact phone    (913) 962-8700          Email address    cgotham@emlawkc.com

KS#19538; MO#52343 KS
Bar number and State

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

Fill in this information to identify the case:

| Debtor name | Emporia Property Group, LLC |
|---|---|
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| David Bon 14501 E. Crestline Dr Aptl 203 Aurora, CO 80015 | | Promissory Note | | | | $200,000.00 |
| Dennis Winson 9405 Blackwell Road, Unit 411 Rockville, MD 20850 | | Promissory Note | | | | $160,000.00 |
| Debra Bassett 9292 SW County Road 14 Madison, FL 32340 | | Promissory Note | | | | $150,000.00 |
| Terry Osborne 1631 Kent Church Road Brooklyn, IA 52211 | | Promissory Note | | | | $125,000.00 |
| Michael Phillips 2278 Washington Drive Northbrook, IL 60062 | | Promissory Note | | | | $110,000.00 |
| Mark V. Kelley 3513A Stanolind Avenue Midland, TX 79707 | | Promissory Note | | | | $100,000.00 |
| Brenda Evans 716 Jamestown Ln Gardendale, AL 35071 | | Promissory Note | | | | $92,000.00 |
| Rossanna Macdougall 4884 Doyle Road San Jose, CA 95129 | | Promissory Note | | | | $90,000.00 |
| Azure Rock LLC 7445 'Ohara Street Huntersville, NC 28078 | | Promissory Note | | | | $85,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| David Norton 323 Mason Glen Drive Lake Saint Louis, MO 63367 | | Promissory Note | | | | $55,000.00 |
| Forrest Larue 1069 African Eagle Ave Henderson, NV 89015 | | Promissory Note | | | | $50,000.00 |
| James Sargent 1260 Military West Benicia, CA 94510 | | Promissory Note | | | | $43,000.00 |
| Tracy Bridges 164 Knotty Oak Road Coventry, RI 02816 | | Promissory Note | | | | $41,000.00 |
| Celine L Agostini 20011 Cutler Court Cutler Bay, FL 33189 | | Promissory Note | | | | $40,000.00 |
| JoAnn Hill 91 Shaw Dr. Esudilla Bonita Acres Quemado, NM 87829 | | Promissory Note | | | | $39,000.00 |
| Gene Parker 206 E Paso Fino Way Queen Creek, AZ 85143 | | Promissory Note | | | | $38,500.00 |
| Patricia L Byrd 749 Deer Lick Road Lewisburg, KY 42256 | | Promissory Note | | | | $35,000.00 |
| Anne Ciota 93A Ayer Rd Harvard, MA 01451 | | Promissory Note | | | | $33,000.00 |
| Lee Childers 317 Copperhead Lane Alvarado, TX 76009 | | Promissory Note | | | | $30,000.00 |
| Catherine Osborn 8334 State Road Colden, NY 14033 | | Promissory Note | | | | $25,000.00 |

**Fill in this information to identify the case:**

Debtor name    Emporia Property Group, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.    **Cash on hand** | | | $600.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Emporia State Federal Credit Union | Checking/Savings combined | 4085 | $23,819.75 |
| 3.2. | JP Morgan Chase | Checking | 3329 | $100.00 |

4.    **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Credit card batch settlement clearing the deposit process | $19,053.00 |
| 4.2. | Bank deposits made in process of settlement | $717.00 |

5.    **Total of Part 1.** | $44,289.75 |
|---|---|
|      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

       7.1.   Westar Energy                                                                  $8,128.91

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

       8.1.   Commercial Insurance Solutions                                                 $6,251.95

       8.2.   Allen & O'Hara Developement                                                    $2,470.51

**9.    Total of Part 2.**                                                                   $16,851.37
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

       11a. 90 days old or less:        5,000.00        -        0.00       = ....        $5,000.00
                                    face amount                  doubtful or uncollectible accounts

**12.    Total of Part 3.**                                                                  $5,000.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** Food & Beverage inventory | 6/31/19 | $0.00 | Recent cost | $8,000.00 |

**20.**    **Work in progress**

| 21. | **Finished goods, including goods held for resale** | | | | |
|---|---|---|---|---|---|
| | Convenience store goods held for resale | N/A | $0.00 | Mgmt Estimate | $1,000.00 |

| 22. | **Other inventory or supplies** | | | | |
|---|---|---|---|---|---|
| | Misc. guest supplies, soaps, shampoos, laundry detergent | N/A | $0.00 | Mgmt Estimate | $5,000.00 |

| 23. | **Total of Part 5.** | | |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | $14,000.00 |

**24.**    **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Office furniture, fixtures and equipment and furniture for hotel and banquet facility - see attached | $0.00 | | Unknown |

**40.**    **Office fixtures**

**41.**    **Office equipment, including all computer equipment and communication systems equipment and software**

**42.**    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**

     Add lines 39 through 42.  Copy the total to line 86.

| | $0.00 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☑ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Exterior pylon sign cabinet with LED illumination | $0.00 | | Unknown |
| 80' Pylon sign with cabinet with LED illumination | $0.00 | | $18,961.50 |

51.  **Total of Part 8.**

     Add lines 47 through 50.  Copy the total to line 87.

| | $18,961.50 |
|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other | Nature and<br>extent of<br>debtor's interest | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|
| 55.1.  2700 W. 18th Avenue, Emporia, KS 66091 3.3 acres Net book value is ($3,154,600) | Fee simple | $0.00 | Appraisal | $3,050,000.00 |

**56.**   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| $3,050,000.00 |

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
■ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** emporiaclarion.com | $0.00 | Mgmt Estimate | **61.** $0.00 |
| **62.**   **Licenses, franchises, and royalties** | | | |
| **63.**   **Customer lists, mailing lists, or other compilations** Customer list | $0.00 | Mgmt Estimate | $0.00 |
| **64.**   **Other intangibles, or intellectual property** | | | |
| **65.**   **Goodwill** | | | |

**66.**   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $0.00 |

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

■ No
☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
       Claim against Diamond D Innovation, general contractor, for absconding with funds to be used for HVAC project          $87,545.50

| Nature of claim | Mechanic's Lien Idemnity |
| --- | --- |
| Amount requested | $0.00 |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                    $87,545.50

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $44,289.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $16,851.37 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $18,961.50 | |
| 88. **Real property.** *Copy line 56, Part 9...................................................................>* | | $3,050,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $87,545.50 | |
| 91. **Total.** Add lines 80 through 90 for each column | $186,648.12 | + 91b. $3,050,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,236,648.12 |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ **Yes.** Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   Alan M. Nolan<br>Creditor's Name<br><br>4135 High Prairie Road<br>Valley Mills, TX 76689<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Marilyn Golden<br>2. Lorretta Miller<br>3. Lynn Wiese<br>4. Eva Childress<br>5. Marta Romano<br>6. Pamela Banderman<br>7. David L Moerke<br>8. Susan Danielson<br>9. Arleen Espiritu<br>10. Judyth Kaplan - Levitt<br>11. Tammie Tipton<br>12. Janet D Niederman<br>13. Steven Rothman<br>14. Joan Walker<br>15. James Vail<br>16. Lyn Adams<br>17. Patricia | **Describe debtor's property that is subject to a lien**<br>2700 W. 18th Avenue, Emporia, KS 66091<br>3.3 acres<br>Net book value is ($3,154,600)<br><br>**Describe the lien**<br>Second Mortgage<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,000.00 | $3,050,000.00 |
| **2.2**   Amanda Day | Describe debtor's property that is subject to a lien | $55,000.00 | $3,050,000.00 |

Creditor's Name

14 Liberty Ln #75
South Portland, ME 04106

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**   Andrea Brooks-Tucker | $12,300.00 | $3,050,000.00

Creditor's Name

3367 John Hancock Drive
Tallahassee, FL 32312

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**   Andrew Soon-Foong | $58,000.00 | $3,050,000.00

Creditor's Name

45 SW 21st Rd
Miami, FL 33129

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Arleen Espiritu | | $30,000.00 | $3,050,000.00 |

Creditor's Name

19W736 13th Place
Lombard, IL 60148

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including its relative priority.
1. Marilyn Golden
2. Lorretta Miller
3. Lynn Wiese
4. Eva Childress
5. Marta Romano
6. Pamela Banderman
7. David L Moerke
8. Susan Danielson
9. Arleen Espiritu
10. Judyth Kaplan - Levitt
11. Tammie Tipton
12. Janet D Niederman
13. Steven Rothman
14. Joan Walker
15. James Vail
16. Lyn Adams
17. Patricia

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Arlene Kendig | | $9,000.00 | $3,050,000.00 |

Creditor's Name

7445 O'Hara Street
Huntersville, NC 28078

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Third Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 55

| | | |
|---|---|---|
| ☐ No | ☐ Contingent | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |
| Specified on line 2.5 | | |

---

| 2.7 | Athena Mills | Describe debtor's property that is subject to a lien | $41,000.00 | $3,050,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2700 W. 18th Avenue, Emporia, KS 66091 | | |
| | | 3.3 acres | | |
| | 5788 Knoll Crest Court | Net book value is ($3,154,600) | | |
| | Boulder, CO 80301 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Mortgage | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

---

| 2.8 | Azure Rock LLC | Describe debtor's property that is subject to a lien | $13,000.00 | $3,050,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2700 W. 18th Avenue, Emporia, KS 66091 | | |
| | | 3.3 acres | | |
| | 7445 O'Hara Street | Net book value is ($3,154,600) | | |
| | Huntersville, NC 28078 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Mortgage | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

---

| 2.9 | Barbara Benjamin | Describe debtor's property that is subject to a lien | $26,500.00 | $3,050,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2700 W. 18th Avenue, Emporia, KS 66091 | | |
| | | 3.3 acres | | |
| | 100 Alden Street #322 | Net book value is ($3,154,600) | | |
| | Provincetown, MA 02657 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Mortgage | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
     Best Case Bankruptcy

Creditor's email address, if known    ☐ Yes
_____    **Is anyone else liable on this claim?**

**Date debt was incurred**
                                      ■ No
**Last 4 digits of account number**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No                                  ☐ Contingent
☐ Yes. Specify each creditor,         ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.1 0 | Barbara Wilson | **Describe debtor's property that is subject to a lien** | $200,000.00 | $3,050,000.00 |
|---|---|---|---|---|

          Creditor's Name
                                      2700 W. 18th Avenue, Emporia, KS 66091
                                      3.3 acres
20201 Runnymede Street                Net book value is ($3,154,600)
Winnetka, CA 91306
          Creditor's mailing address    **Describe the lien**
                                      First Mortgage
                                      **Is the creditor an insider or related party?**
Creditor's email address, if known    ■ No
_____    ☐ Yes
                                      **Is anyone else liable on this claim?**
**Date debt was incurred**
                                      ■ No
**Last 4 digits of account number**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
☐ No                                  ☐ Contingent
■ Yes. Specify each creditor,         ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.
Specified on line 2.5

---

| 2.1 1 | Bradley Childers | **Describe debtor's property that is subject to a lien** | $10,000.00 | $3,050,000.00 |
|---|---|---|---|---|

          Creditor's Name
                                      2700 W. 18th Avenue, Emporia, KS 66091
                                      3.3 acres
19231 N Miller Way                    Net book value is ($3,154,600)
Maricopa, AZ 85139
          Creditor's mailing address    **Describe the lien**
                                      Third Mortgage
                                      **Is the creditor an insider or related party?**
Creditor's email address, if known    ■ No
_____    ☐ Yes
                                      **Is anyone else liable on this claim?**
**Date debt was incurred**
                                      ■ No
**Last 4 digits of account number**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
☐ No                                  ☐ Contingent
■ Yes. Specify each creditor,         ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.
Specified on line 2.5

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Case 19-22155    Doc# 1    Filed 10/08/19    Page 18 of 116

**2.1 2**

Brenda A. Hurley
_Creditor's Name_

3312 N Arcadia Street
Colorado Springs, CO 80907
_Creditor's mailing address_

_Creditor's email address, if known_

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$44,500.00      $3,050,000.00

---

**2.1 3**

Bruce Barnes
_Creditor's Name_

13235 SE 261st Street
Kent, WA 98042
_Creditor's mailing address_

_Creditor's email address, if known_

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$145,000.00      $3,050,000.00

---

**2.1 4**

Celine L Agostini
_Creditor's Name_

20011 Cutler Court
Cutler Bay, FL 33189
_Creditor's mailing address_

_Creditor's email address, if known_

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$15,000.00      $3,050,000.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 5 | Cheryl Morris | Describe debtor's property that is subject to a lien | $8,700.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

2234 W. Taylor St. Apt. 3F
Chicago, IL 60612

Creditor's mailing address

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Third Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.5 | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | Cheryl Morris | Describe debtor's property that is subject to a lien | $6,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

2234 W. Taylor St. Apt. 3F
Chicago, IL 60612

Creditor's mailing address

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Third Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.5 | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 7 | Christina N Norton | Describe debtor's property that is subject to a lien | $7,200.00 | $3,050,000.00 |
|---|---|---|---|---|

---

| | |
|---|---|
| Creditor's Name | 2700 W. 18th Avenue, Emporia, KS 66091 |
| **12 Westgate Lane**<br>**Troy, MO 63379** | 3.3 acres<br>Net book value is ($3,154,600) |
| Creditor's mailing address | **Describe the lien**<br>Mortgage |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.18**

| | |
|---|---|
| Constance Barnes | Describe debtor's property that is subject to a lien | $22,500.00 | $3,050,000.00 |

| | |
|---|---|
| Creditor's Name | 2700 W. 18th Avenue, Emporia, KS 66091 |
| **5632 Crestwood Court**<br>**Frederick, MD 21703** | 3.3 acres<br>Net book value is ($3,154,600) |
| Creditor's mailing address | **Describe the lien**<br>Third Mortgage |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| Specified on line 2.5 | ☐ Disputed |

---

**2.19**

| | |
|---|---|
| Dan P. Kelly | Describe debtor's property that is subject to a lien | $27,500.00 | $3,050,000.00 |

| | |
|---|---|
| Creditor's Name | 2700 W. 18th Avenue, Emporia, KS 66091 |
| **1050 Maple St #1903**<br>**Wenatchee, WA 98807** | 3.3 acres<br>Net book value is ($3,154,600) |
| Creditor's mailing address | **Describe the lien**<br>Second Mortgage |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.5 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.2<br>0 | **Darrell Fannin** | **Describe debtor's property that is subject to a lien** | $25,400.00 | $3,050,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2700 W. 18th Avenue, Emporia, KS 66091<br>3.3 acres<br>Net book value is ($3,154,600) | | |
| | 1285 Campbell Lane<br>Hoffman Estates, IL 60169 | | | |
| | Creditor's mailing address | **Describe the lien**<br>Third Mortgage | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.5 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.2<br>1 | **David Flores** | **Describe debtor's property that is subject to a lien** | $29,000.00 | $3,050,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2700 W. 18th Avenue, Emporia, KS 66091<br>3.3 acres<br>Net book value is ($3,154,600) | | |
| | 9402 Claridge Drive<br>Houston, TX 77031 | | | |
| | Creditor's mailing address | **Describe the lien**<br>Mortgage | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.2<br>2 | **David L Moerke** | **Describe debtor's property that is subject to a lien** | $39,000.00 | $3,050,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2700 W. 18th Avenue, Emporia, KS 66091<br>3.3 acres<br>Net book value is ($3,154,600) | | |
| | 3960 S Lipton Ave<br>Saint Francis, WI 53235 | | | |

---

| | |
|---|---|
| **Creditor's mailing address** | **Describe the lien**<br>First Mortgage |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.5 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.2 3 | **David Norton**<br><br>Creditor's Name<br><br>323 Mason Glen Drive<br>Lake Saint Louis, MO 63367 | **Describe debtor's property that is subject to a lien**<br>2700 W. 18th Avenue, Emporia, KS 66091<br>3.3 acres<br>Net book value is ($3,154,600) | $7,200.00 | $3,050,000.00 |
|---|---|---|---|---|
| | Creditor's mailing address | **Describe the lien**<br>Third Mortgage | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.5 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| 2.2 4 | **Dolores Kienzle**<br><br>Creditor's Name<br><br>104 Kensington Place<br>Saint Charles, IL 60175 | **Describe debtor's property that is subject to a lien**<br>2700 W. 18th Avenue, Emporia, KS 66091<br>3.3 acres<br>Net book value is ($3,154,600) | $50,000.00 | $3,050,000.00 |
|---|---|---|---|---|
| | Creditor's mailing address | **Describe the lien**<br>Mortgage | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Emporia Property Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.25** Donald Melfe
Creditor's Name

44 Taft Avenue
Newburgh, NY 12550
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Second Mortgage
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$50,000.00 | $3,050,000.00

---

**2.26** Edward J. Stevens
Creditor's Name

14181 E. Baltic Place
Aurora, CO 80014
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$36,000.00 | $3,050,000.00

---

**2.27** Edward Nelson
Creditor's Name

1008 Santa Helena Avenue
Henderson, NV 89002
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Third Mortgage

$10,000.00 | $3,050,000.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 11 of 55

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 19-22155    Doc# 1    Filed 10/08/19    Page 24 of 116

Creditor's email address, if known

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

Specified on line 2.5

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 8 | Eileen McKenna | Describe debtor's property that is subject to a lien | $110,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

30 B Street
Saint Paul, MN 55106

Creditor's mailing address

Describe debtor's property that is subject to a lien

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 9 | Elaine Russell | Describe debtor's property that is subject to a lien | $14,500.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

54 Stockton Place
East Orange, NJ 07017

Creditor's mailing address

Describe debtor's property that is subject to a lien

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**

Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Case 19-22155    Doc# 1    Filed 10/08/19    Page 25 of 116

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 0 | Erika Madeiros | Describe debtor's property that is subject to a lien | $40,000.00 | $3,050,000.00 |
|---|---|---|---|---|

**Erika Madeiros**
Creditor's Name

33 High Street
North Attleborough, MA
01701
Creditor's mailing address

Describe debtor's property that is subject to a lien
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | Eva Childress | Describe debtor's property that is subject to a lien | $57,000.00 | $3,050,000.00 |
|---|---|---|---|---|

**Eva Childress**
Creditor's Name

5049 Silver Lake Drive
Plano, TX 75093
Creditor's mailing address

Describe debtor's property that is subject to a lien
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | Gail A. Christensen | Describe debtor's property that is subject to a lien | $37,000.00 | $3,050,000.00 |
|---|---|---|---|---|

**Gail A. Christensen**
Creditor's Name

1017 S 22nd Street
Omaha, NE 68108
Creditor's mailing address

Describe debtor's property that is subject to a lien
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Second Mortgage

---

Name

---

Creditor's email address, if known _____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 3 | | |
|---|---|---|

**Gavin Monaghan**

Creditor's Name

290 Bostock Road
Shokan, NY 12481

Creditor's mailing address

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$40,000.00        $3,050,000.00

---

| 2.3 4 | | |
|---|---|---|

**George Tuhowski iii**

Creditor's Name

745 Suffolk Court
Hoffman Estates, IL 60192

Creditor's mailing address

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$96,000.00        $3,050,000.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 19-22155    Doc# 1    Filed 10/08/19    Page 27 of 116

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **James Estep** | **Describe debtor's property that is subject to a lien** | $12,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

P.O Box 54
Black Diamond, WA 98010

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **James Preslar** | **Describe debtor's property that is subject to a lien** | $21,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

19666 Blossom Ln
Grosse Pointe Woods, MI 48236

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Third Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **James Preslar** | **Describe debtor's property that is subject to a lien** | $11,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

19666 Blossom Ln
Grosse Pointe Woods, MI 48236

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 8 | James Vail | **Describe debtor's property that is subject to a lien** | $69,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

57095 Venus Place
Clark, CO 80428

Creditor's mailing address

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 9 | Janet D Niederman | **Describe debtor's property that is subject to a lien** | $17,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

1818 Pelham Avenue #306
Los Angeles, CA 90025

Creditor's mailing address

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.40** | Jeff Naramor
Creditor's Name

914 Wooded Lane
Marshall, MI 49068
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,000.00 | $3,050,000.00

---

**2.41** | Joan Walker
Creditor's Name

6719 Bruce Road
Celina, OH 45822
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$150,000.00 | $3,050,000.00

---

**2.42** | John Barry Gipson
Creditor's Name

1848 County Road 928
Brookland, AR 72417
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Second Mortgage

$66,000.00 | $3,050,000.00

---

Case 19-22155    Doc# 1    Filed 10/08/19    Page 30 of 116

|  | |
|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.5 | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.4<br>3 | **John Emde** | Describe debtor's property that is subject to a lien | $35,000.00 | $3,050,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2700 W. 18th Avenue, Emporia, KS 66091<br>3.3 acres<br>Net book value is ($3,154,600) | | |
| | 261 Raintree Rd<br>Virginia Beach, VA 23452 | | | |
| | Creditor's mailing address | **Describe the lien**<br>Thrid Mortgage | | |
| | | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.5 | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| 2.4<br>4 | **John Schremp** | Describe debtor's property that is subject to a lien | $32,000.00 | $3,050,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2700 W. 18th Avenue, Emporia, KS 66091<br>3.3 acres<br>Net book value is ($3,154,600) | | |
| | 3536 Muller Drive<br>Zephyr Hills, FL 33540 | | | |
| | Creditor's mailing address | **Describe the lien**<br>Second Mortgage | | |
| | | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

---

Case 19-22155     Doc# 1     Filed 10/08/19     Page 31 of 116

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.5

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | Jon J Hoke | Describe debtor's property that is subject to a lien | $12,000.00 | $3,050,000.00 |
|---|---|---|---|---|

**2.4 5**

**Jon J Hoke**
Creditor's Name

12931 S. Stubbs Rd
Overbrook, KS 66524
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Third Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,000.00     $3,050,000.00

---

**2.4 6**

**Jose Adorno-Garay**
Creditor's Name

2550 Grand Lakeside Dr
Palm Harbor, FL 34684
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Second Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$30,000.00     $3,050,000.00

---

**2.4 7**

**Jose Adorno-Garay**
Creditor's Name

2550 Grand Lakeside Dr
Palm Harbor, FL 34684
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Third Mortgage

$20,700.00     $3,050,000.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 8 | | | | |
|---|---|---|---|---|

**Judith A McIntosh**
Creditor's Name

9300 Coit Rd Apt 1214
Plano, TX 75025
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

Describe debtor's property that is subject to a lien
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

Describe the lien
Third Mortgage
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,500.00     $3,050,000.00

---

| 2.4 9 | | | | |
|---|---|---|---|---|

**Judyth Kaplan - Levitt**
Creditor's Name

43 Higgins Rd
Framingham, MA 01701
Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

Describe the lien
First Mortgage
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$23,500.00     $3,050,000.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.5

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 0 | | | |
|---|---|---|---|

**Julie A Handberg**

Creditor's Name

6075 Lincoln Drive #306
Minneapolis, MN 55436

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

**Describe debtor's property that is subject to a lien**      $54,000.00      $3,050,000.00

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 1 | | | |
|---|---|---|---|

**Julie A. Speed**

Creditor's Name

2605 278th Street E
Spanaway, WA 98387

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its
relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**      $36,500.00      $3,050,000.00

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**

Second Mortgage

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 2 | | | |
|---|---|---|---|

**Julie Frank**

Creditor's Name

11863 W. 56th Circle
Arvada, CO 80002

Creditor's mailing address

**Describe debtor's property that is subject to a lien**      $30,100.00      $3,050,000.00

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**

Third Mortgage

---

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

Is the creditor an insider or related party?
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5 3**   Julio Henao
Creditor's Name

1127 Eldridge Parkway
Ste 300-116
Houston, TX 77077
Creditor's mailing address

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien    $123,050.00    $3,050,000.00
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

Describe the lien
Mortgage
Is the creditor an insider or related party?
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5 4**   Karen Rinker
Creditor's Name

PO Box 95
Page, AZ 86040
Creditor's mailing address

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien    $8,000.00    $3,050,000.00
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

Describe the lien
Third Mortgage
Is the creditor an insider or related party?
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 5 | | | |
|---|---|---|---|

**Kenneth Miller**

Creditor's Name

6650 S. Beach Drive
Alanson, MI 49706

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$51,500.00     $3,050,000.00

---

| 2.5 6 | | | |
|---|---|---|---|

**Kenneth Thall**

Creditor's Name

777 S. Federal Hwy # G215
Pompano Beach, FL 33062

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,000.00     $3,050,000.00

---

| 2.5 7 | | | |
|---|---|---|---|

**Kevin Landry**

Creditor's Name

8485 Westwind Rd
Las Vegas, NV 89139

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

$42,400.00     $3,050,000.00

---

|  | | |
|---|---|---|

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 8 | Kim Peterson | **Describe debtor's property that is subject to a lien** | $10,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

20 5th St NW #101
Waukon, IA 52172

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 9 | Kristen Mowafy | **Describe debtor's property that is subject to a lien** | $57,500.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

1204 Ortman Road
Marquette, MI 49855

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  Specified on line 2.5

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.6 0 | Laurie A Malone | Describe debtor's property that is subject to a lien | $100,000.00 | $3,050,000.00 |

Creditor's Name

1825 Windsor Blvd
Homewood, AL 35209

Creditor's mailing address

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.6 1 | Lee Childers | Describe debtor's property that is subject to a lien | $20,000.00 | $3,050,000.00 |

Creditor's Name

317 Copperhead Lane
Alvarado, TX 76009

Creditor's mailing address

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.6 2 | Lenore Matley | Describe debtor's property that is subject to a lien | $27,500.00 | $3,050,000.00 |

Creditor's Name

76 N Manila Avenue
Clovis, CA 93612

Creditor's mailing address

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.6 3 | **Lorretta Miller** | | $27,500.00 | $3,050,000.00 |

Creditor's Name

602 avon st
Flint, MI 48503

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.6 4 | **Lyn Adams** | | $28,500.00 | $3,050,000.00 |

Creditor's Name

492 Big Sky Drive
Oceanside, CA 92058

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 5 | Lynn Wiese | | | $70,000.00 | $3,050,000.00 |
|---|---|---|---|---|---|

Creditor's Name

40680 N 3985 Road
Collinsville, OK 74021

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 6 | Maria D Herring | | | $7,500.00 | $3,050,000.00 |
|---|---|---|---|---|---|

Creditor's Name

1605 Abaco Drive Apt D3
Coconut Creek, FL 33066

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Third Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 7 | Marilyn Golden | | | $209,300.00 | $3,050,000.00 |
|---|---|---|---|---|---|

Creditor's Name

3821 Zinnia Rd
Diana, TX 75640

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.5 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 8 | Marjory Meyer | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>2700 W. 18th Avenue, Emporia, KS 66091<br>3.3 acres<br>Net book value is ($3,154,600) | $11,500.00 | $3,050,000.00 |

| | |
|---|---|
| 119 13th Avenue NE<br>Oelwein, IA 52001<br>Creditor's mailing address | **Describe the lien**<br>Mortgage<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 9 | Marlin Business Bank | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>Exterior pylon sign cabinet with LED illumination | $13,291.44 | Unknown |

| | |
|---|---|
| 300 Fellowship Road<br>Mount Laurel, NJ 08054<br>Creditor's mailing address | **Describe the lien**<br>Equipment Finance Agreement<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>4/1/17 | |
| **Last 4 digits of account number**<br>5001 | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 0 | Marta Romano | Describe debtor's property that is subject to a lien | $16,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

2237 La Mark Avenue
Las Vegas, NV 89106

Creditor's mailing address

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 1 | Mary Beth Howard | Describe debtor's property that is subject to a lien | $54,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

1409 Bardwell W Road
Williamsburg, OH 45176

Creditor's mailing address

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 2 | Mary Eliza Burton | Describe debtor's property that is subject to a lien | $18,500.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

17300 Wedgewood Drive
Lanexa, VA 23089

Creditor's mailing address

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Second Mortgage

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 29 of 55

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.5 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.7 3 | **Mary Gregory**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>2700 W. 18th Avenue, Emporia, KS 66091<br>3.3 acres<br>Net book value is ($3,154,600) | $130,000.00 | $3,050,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| 4470 Putnam Street<br>Marianna, FL 32446<br>Creditor's mailing address | **Describe the lien**<br>Mortgage |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.7 4 | **Pamela Banderman**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>2700 W. 18th Avenue, Emporia, KS 66091<br>3.3 acres<br>Net book value is ($3,154,600) | $20,500.00 | $3,050,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| 5 Nailbender Ln.<br>Sullivan, MO 63080<br>Creditor's mailing address | **Describe the lien**<br>First Mortgage |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.5 | ☐ Unliquidated<br>☐ Disputed |

---

| 2.7<br>5 | Pamela Scherger | Describe debtor's property that is subject to a lien | $30,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

116 Grey Mill Court
Rocky Mountain, NC 27804

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7<br>6 | Patricia K DeLuca | Describe debtor's property that is subject to a lien | $27,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

3 Stagecoach Rd
Windsor, CT 06095

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

---

| 2.7<br>7 | Patricia W. Wittig | Describe debtor's property that is subject to a lien | $35,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

4922 Paradise Lake Circle
Hoover, AL 35244

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

---

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.78 | Pawnee Leasing Corporation | | $18,961.50 | $18,961.50 |
|------|---------------------------|---|-----------|-----------|

**Creditor's Name**

3801 Automation Way
Ste 207
Fort Collins, CO 80525

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/20/17

**Last 4 digits of account number**
4453

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
80' Pylon sign with cabinet with LED illumination

**Describe the lien**
Equipment Lease

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.79 | Peggy Schremp | | $13,000.00 | $3,050,000.00 |
|------|---------------|---|-----------|---------------|

**Creditor's Name**

3536 Muller Drive
Zephyr Hills, FL 33540

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Second Mortgage

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

Specified on line 2.5

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 0 | Piping Contractors of Kansas | Describe debtor's property that is subject to a lien | $87,545.50 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

d/b/a PCI Mechanical Services
115 S Jackson
Topeka, KS 66603

Creditor's mailing address

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 1 | Reed Thomas | Describe debtor's property that is subject to a lien | $11,200.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

159 County Rd 233
Lyman, WY 82937

Creditor's mailing address

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Third Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 2 | Reynold Johnson | Describe debtor's property that is subject to a lien | $128,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

1415 Millennial Lane
Lawrenceville, GA 30045

Creditor's mailing address

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**

---

Mortgage

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.8 3 | Rhonda Nolda | Describe debtor's property that is subject to a lien | $57,600.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

129 N Elder Ave
North Platte, NE 69101

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

Creditor's mailing address

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.8 4 | Rick Dixon | Describe debtor's property that is subject to a lien | $8,100.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

1090 Lowell Drive
Oconomowoc, WI 53066

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

Creditor's mailing address

**Describe the lien**
Third Mortgage

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.5

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 5 | **Robert Carnesi** | | $51,000.00 | $3,050,000.00 |
|---|---|---|---|---|

**Robert Carnesi**
Creditor's Name

14506 Vista Del Lago Blvd
Winter Garden, FL 34787
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 6 | **Robert Danforth** | | $17,000.00 | $3,050,000.00 |
|---|---|---|---|---|

**Robert Danforth**
Creditor's Name

9836 Masterpiece Drive
Las Vegas, NV 89148
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Third Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 7 | **Robert L. Smith Jr.** | | $100,000.00 | $3,050,000.00 |
|---|---|---|---|---|

**Robert L. Smith Jr.**
Creditor's Name

6533 West Ave L10
Lancaster, CA 93536
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 8 | Robert L. Smith Jr. | | $11,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

6533 West Ave L10
Lancaster, CA 93536

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Third Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 9 | Robin Tadlock | | $11,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

107 W Holt Street
Sanger, TX 76266

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Case 19-22155    Doc# 1    Filed 10/08/19    Page 49 of 116

| Debtor | Emporia Property Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.90** Roger Kubischta

Creditor's Name

1107 Lane Terrace
The Villages, FL 32163

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$80,000.00      $3,050,000.00

---

**2.91** Ronald Boswell

Creditor's Name

105 Bennington Court
Charlottesville, VA 22901

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$66,000.00      $3,050,000.00

---

**2.92** Ronald Srajer

Creditor's Name

9850 Garfield Ave Spc 107
Huntington Beach, CA 92646

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

$20,000.00      $3,050,000.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 37 of 55

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 3 | Rudy Castellanos | | | $20,000.00 | $3,050,000.00 |

Creditor's Name

4911 Randolph Street
Maywood, CA 90270

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 4 | Sayeed Patel | | | $11,000.00 | $3,050,000.00 |

Creditor's Name

9205 Amber Downs Drive
McKinney, TX 75070

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Third Mortgage

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| | |
|---|---|
| ☐ No | ☐ Contingent |
| ■ **Yes.** Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| Specified on line 2.5 | |

---

| **2.95** | Scott Telle | Describe debtor's property that is subject to a lien | $72,400.00 | $3,050,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2700 W. 18th Avenue, Emporia, KS 66091 | | |
| | | 3.3 acres | | |
| | 1856 Lewisham Way | Net book value is ($3,154,600) | | |
| | Virginia Beach, VA 34945 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | First Mortgage | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | | Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ **Yes.** Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Specified on line 2.5 | | | |

---

| **2.96** | Sheila Heward | Describe debtor's property that is subject to a lien | $11,900.00 | $3,050,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2700 W. 18th Avenue, Emporia, KS 66091 | | |
| | | 3.3 acres | | |
| | 37 Kirkpatrick Lane | Net book value is ($3,154,600) | | |
| | Bella Vista, AR 72715 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Third Mortgage | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | | Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ **Yes.** Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Specified on line 2.5 | | | |

---

| **2.97** | Sherry Bartz | Describe debtor's property that is subject to a lien | $42,000.00 | $3,050,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2700 W. 18th Avenue, Emporia, KS 66091 | | |
| | | 3.3 acres | | |
| | 11695 E. 114th Ave | Net book value is ($3,154,600) | | |
| | Commerce City, CO 80640 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Mortgage | | |

---

|  |  |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 8 | **Solid Rock Energy Solutions** | **Describe debtor's property that is subject to a lien** | $27,457.20 | $3,050,000.00 |
|---|---|---|---|---|

|  |  |
|---|---|
| Creditor's Name | 2700 W. 18th Avenue, Emporia, KS 66091 |
| 2250 N Rock Road Ste 118-261 | 3.3 acres |
| Wichita, KS 67226 | Net book value is ($3,154,600) |
| Creditor's mailing address | |
| | **Describe the lien** |
| | Mechanic's Lien |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| Specified on line 2.5 | ☐ Disputed |

---

| 2.9 9 | **Stephanie Kennedy** | **Describe debtor's property that is subject to a lien** | $60,500.00 | $3,050,000.00 |
|---|---|---|---|---|

|  |  |
|---|---|
| Creditor's Name | 2700 W. 18th Avenue, Emporia, KS 66091 |
| 208 S. Pierce St | 3.3 acres |
| Adams, WI 53910 | Net book value is ($3,154,600) |
| Creditor's mailing address | |
| | **Describe the lien** |
| | Mortgage |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

---

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 00 | | | |
|---|---|---|---|

**Stephen Kessman**

Creditor's Name

23 Deer Park Road
Danbury, CT 12563

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Third Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,000.00      $3,050,000.00

---

| 2.1 01 | | | |
|---|---|---|---|

**Stephen R Lochelt**

Creditor's Name

439 Quail Court
Fillmore, CA 93015

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Third Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,000.00      $3,050,000.00

---

| 2.1 02 | | | |
|---|---|---|---|

**Steven Rothman**

Creditor's Name

107 Willamette Way
Dayton, NV 89403

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

$13,500.00      $3,050,000.00

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 41 of 55

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 03 | | | |
|---|---|---|---|

**Susan Danielson**

Creditor's Name

401 Crimson Lane
Plymouth, IN 46563

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

$21,800.00        $3,050,000.00

**Describe the lien**
Third Mortgage

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 04 | | | |
|---|---|---|---|

**Susan Danielson**

Creditor's Name

401 Crimson Lane
Plymouth, IN 46563

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

$21,500.00        $3,050,000.00

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 05**

**Suzanne Still**
Creditor's Name

1672 LOT 2 COUNTY RD 81
BLUE MOUNTAIN, MS 38610
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$29,000.00      $3,050,000.00

---

**2.1 06**

**Tammie Tipton**
Creditor's Name

8760 Ravenglass Way
Montgomery Village, MD 21075
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,800.00      $3,050,000.00

---

**2.1 07**

**Thomas Roffino**
Creditor's Name

2811 Poteet Drive
Mesquite, TX 75150
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Third Mortgage

$20,000.00      $3,050,000.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 08 | Timothy Sweeney | **Describe debtor's property that is subject to a lien** | $2,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

8003 Moss Grove Place
Fort Wayne, IN 46825

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 09 | Tony Wallace | **Describe debtor's property that is subject to a lien** | $17,500.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

8914 Kathlyn Drive
St. Louis, MO 63134

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 10 | Walter Blumenfeld | | $48,800.00 | $3,050,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

Describe debtor's property that is subject to a lien
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

300 E. 85th St Apt PH3
New York, NY 10028

Creditor's mailing address

Describe the lien
Second Mortgage

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

---

| 2.1 11 | William Frederickson | | $79,000.00 | $3,050,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

Describe debtor's property that is subject to a lien
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

3415 20th Street Court
Rock Island, IL 61201

Creditor's mailing address

Describe the lien
Mortgage

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 12 | William Penn | | $135,700.00 | $3,050,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

Describe debtor's property that is subject to a lien
2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

2604 Brighton Drive
Flower Mound, TX 75028

Creditor's mailing address

Describe the lien
Mortgage

---

| Debtor | Emporia Property Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 13 | **Wossenyelesh Million** | Describe debtor's property that is subject to a lien | $11,000.00 | $3,050,000.00 |
|---|---|---|---|---|

Creditor's Name

227 Chestnut Ct.
San Ramon, CA 94583

Creditor's mailing address

2700 W. 18th Avenue, Emporia, KS 66091
3.3 acres
Net book value is ($3,154,600)

**Describe the lien**
Third Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $4,557,405.64

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line 2.67 | |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line 2.10 | |

Official Form 206D Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** page 46 of 55

| | |
|---|---|
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.41 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.13 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.112 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.73 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.82 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.53 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.87 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.34 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.90 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.111 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.95 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.91 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | |
|---|---|
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line _2.42_ |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line _2.99_ |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line _2.4_ |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line _2.83_ |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line _2.59_ |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line _2.32_ |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line _2.2_ |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line _2.71_ |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line _2.50_ |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line _2.55_ |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line _2.85_ |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line _2.25_ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | Emporia Property Group, LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.110 | |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.12 | |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.57 | |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.97 | |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.7 | |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.33 | |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.30 | |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.51 | |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.77 | |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.44 | |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.52 | |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.5 | |

Official Form 206D

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 49 of 55

| | |
|---|---|
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.21 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.105 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.64 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.19 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.63 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.62 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.1 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.100 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.93 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.72 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.109 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line  2.86 |

| | |
|---|---|
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.29 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.102 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.79 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.35 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.89 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.88 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.94 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.27 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.56 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.58 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.15 |
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line   2.16 |

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 51 of 55

| | |
|---|---|
| American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line 2.38 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 2.28 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 2.31 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 2.24 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 2.22 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 2.26 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 2.43 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 2.75 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 2.61 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 2.46 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 2.76 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 2.20 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.49 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.103 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.104 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.47 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.74 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.36 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.107 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.92 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.39 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.106 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.14 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.18 |

| | |
|---|---|
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.3 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.40 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.45 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.96 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.68 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.81 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.37 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.113 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.11 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.101 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.6 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line  2.84 |

| | |
|---|---|
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line   2.54 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line   2.66 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line   2.48 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line   2.17 |
| Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line   2.108 |

Fill in this information to identify the case:

Debtor name    Emporia Property Group, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
     amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☐ No. Go to Part 2.

     ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br><br>Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66612-2005<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number <u>2019</u><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Sales Taxes<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | $4,773.07 | $4,773.07 |
| **2.2** | Priority creditor's name and mailing address<br><br>Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66612-2005<br><br>Date or dates debt was incurred<br>July 2019<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Guest Taxes<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | $3,809.78 | $3,809.78 |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.62 | $217.62 |
|-----|---|---|---|---|

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka, KS 66612-2005

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
July 2019

Basis for the claim:
Liquor taxes

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,635.35 | $23,635.35 |
|-----|---|---|---|---|

Lyon County Kansas
430 Commercial St
Emporia, KS 66801

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2019

Basis for the claim:
Property taxes

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|-----|---|---|---|

Andrea Crews
3021 NE 104th Terrace
Silver Springs, FL 34488

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Promissory Note

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33,000.00 |
|-----|---|---|---|

Anne Ciota
93A Ayer Rd
Harvard, MA 01451

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Promissory Note

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|-----|---|---|---|

Anthony E Bozzi
12012 Sugarland Valley Dr.
Herndon, VA 20170

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Promissory Note

Is the claim subject to offset? ☑ No ☐ Yes

Case 19-22155     Doc# 1     Filed 10/08/19     Page 70 of 116

| Debtor | Emporia Property Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,000.00 |
|---|---|---|---|
| | Arlene Kendig<br>7445 O'Hara Street<br>Huntersville, NC 28078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Promissory Note | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,000.00 |
|---|---|---|---|
| | Azure Rock LLC<br>7445 'Ohara Street<br>Huntersville, NC 28078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Promissory Note | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | Barbara Benjamin<br>100 Alden Street #322<br>Provincetown, MA 02657 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Promissory Note | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | Barbara Benjamin &<br>Susan Deaver<br>100 Alden Street #322<br>Provincetown, MA 02657 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Promissory Note | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92,000.00 |
|---|---|---|---|
| | Brenda Evans<br>716 Jamestown Ln<br>Gardendale, AL 35071 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Promissory Note | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|
| | Carol Proctor<br>100 Alden Street #322<br>Provincetown, MA 02657 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Promissory Note | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|
| | Catherine Osborn<br>8334 State Road<br>Colden, NY 14033 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Promissory Note | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40,000.00 |
|---|---|---|---|

Celine L Agostini
20011 Cutler Court
Cutler Bay, FL 33189

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Promissory Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,019.50 |
|---|---|---|---|

Choice Hotels International
1 Choice Hotels Circle
Suite 400
Rockville, MD 20850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Service fees__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,500.00 |
|---|---|---|---|

Christa Bourg
9428 Setting Moon Court
Colorado Springs, CO 80925

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Promissory Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,000.00 |
|---|---|---|---|

Christina N Norton
12 Westgate Lane
Troy, MO 63379

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Promissory Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,000.00 |
|---|---|---|---|

Constance Barnes
5632 Crestwood Court
Frederick, MD 21703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Promissory Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $258.67 |
|---|---|---|---|

Courtesy Products
PO Box 840020
Kansas City, MO 64184

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade payable__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,500.00 |
|---|---|---|---|

Daniel M Anderson
4112 W Southwood Drive
Franklin, WI 53132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Promissory Note__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

David Bon
14501 E. Crestline Dr
Aptl 203
Aurora, CO 80015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |
|---|---|---|---|

David Norton
323 Mason Glen Drive
Lake Saint Louis, MO 63367

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

Debra Bassett
9292 SW County Road 14
Madison, FL 32340

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $160,000.00 |
|---|---|---|---|

Dennis Winson
9405 Blackwell Road, Unit 411
Rockville, MD 20850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Diamond D Innovation
107 Iowa Street
Alma, KS 66401

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  For notice purposes only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

Forrest Larue
1069 African Eagle Ave
Henderson, NV 89015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,000.00 |
|---|---|---|---|

Gary Kendig
7445 O'Hara Street
Huntersville, NC 28078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Emporia Property Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $38,500.00 |
| | Gene Parker<br>206 E Paso Fino Way<br>Queen Creek, AZ 85143 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Promissory Note_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.00 |
| | Golden Malted<br>PO Box    129<br>Concordville, PA 19331 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Promissory Note_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | Guest Supply<br>PO Box 6771<br>Somerset, NJ 08875 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade payable_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
| | James Preslar<br>19666 Blossom Ln<br>Grosse Pointe Woods, MI 48236 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Promissory Note_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $43,000.00 |
| | James Sargent<br>1260 Military West<br>Benicia, CA 94510 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Promissory Note_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
| | James Vail<br>57095 Venus Place<br>Clark, CO 80428 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Promissory Note_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |
| | Jesse Fuentes<br>2136 Hazlitt Drive<br>Houston, TX 77032 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Promissory Note_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,000.00 |
| --- | --- | --- | --- |
| | JoAnn Hill<br>91 Shaw Dr.<br>Esudilla Bonita Acres<br>Quemado, NM 87829 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Promissory Note | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,500.00 |
| --- | --- | --- | --- |
| | John Dally<br>129 Oakmont Drive<br>Mays Landing, NJ 08330 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Promissory Note | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
| --- | --- | --- | --- |
| | Laurie M Anderson<br>4112 W Southwood Drive<br>Franklin, WI 53132 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Promissory Note | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
| --- | --- | --- | --- |
| | Lee Childers<br>317 Copperhead Lane<br>Alvarado, TX 76009 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Promissory Note | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,600.00 |
| --- | --- | --- | --- |
| | Mandy Green<br>25 N. University Street<br>Vermillion, SD 57069 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Promissory Note | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
| --- | --- | --- | --- |
| | Mark V. Kelley<br>3513A Stanolind Avenue<br>Midland, TX 79707 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Promissory Note | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,000.00 |
| --- | --- | --- | --- |
| | Michael Phillips<br>2278 Washington Drive<br>Northbrook, IL 60062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Promissory Note | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Emporia Property Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

Morefield Speicher Bachman
11814 W 135th St,
Overland Park, KS 66221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Legal Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

Patricia L Byrd
749 Deer Lick Road
Lewisburg, KY 42256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,000.00 |
|---|---|---|---|

Rossanna Macdougall
4884 Doyle Road
San Jose, CA 95129

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,000.00 |
|---|---|---|---|

Steven Hilliard
7 Wales Ct
O Fallon, MO 63366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |
|---|---|---|---|

Terry Osborne
1631 Kent Church Road
Brooklyn, IA 52211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,000.00 |
|---|---|---|---|

Tracy Bridges
164 Knotty Oak Road
Coventry, RI 02816

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line 3.21<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Emporia Property Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line 3.20<br>☐ Not listed. Explain ____ | _ |
| 4.3 | American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line 3.37<br>☐ Not listed. Explain ____ | _ |
| 4.4 | American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line 3.41<br>☐ Not listed. Explain ____ | _ |
| 4.5 | American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line 3.23<br>☐ Not listed. Explain ____ | _ |
| 4.6 | American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line 3.44<br>☐ Not listed. Explain ____ | _ |
| 4.7 | American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line 3.25<br>☐ Not listed. Explain ____ | _ |
| 4.8 | American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line 3.10<br>☐ Not listed. Explain ____ | _ |
| 4.9 | American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line 3.13<br>☐ Not listed. Explain ____ | _ |
| 4.10 | American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line 3.1<br>☐ Not listed. Explain ____ | _ |
| 4.11 | American Estate & Trust<br>6900 Westcliff Drive<br>Ste 603<br>Las Vegas, NV 89145 | Line 3.30<br>☐ Not listed. Explain ____ | _ |
| 4.12 | Kansas Department of Revenue<br>7600A W. 119th St<br>Overland Park, KS 66210 | Line 2.1<br>☐ Not listed. Explain ____ | _ |
| 4.13 | Kansas Dept of Administration<br>Attn Director of Acct & Report<br>Landon State Ofc Bldg Rm 351S<br>900 SW Jackson<br>Topeka, KS 66612 | Line 2.1<br>☐ Not listed. Explain ____ | _ |

| Debtor | Emporia Property Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.38<br>☐ Not listed. Explain ____ | _ |
| 4.15 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.8<br>☐ Not listed. Explain ____ | _ |
| 4.16 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.19<br>☐ Not listed. Explain ____ | _ |
| 4.17 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.11<br>☐ Not listed. Explain ____ | _ |
| 4.18 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.32<br>☐ Not listed. Explain ____ | _ |
| 4.19 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.40<br>☐ Not listed. Explain ____ | _ |
| 4.20 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.2<br>☐ Not listed. Explain ____ | _ |
| 4.21 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.29<br>☐ Not listed. Explain ____ | _ |
| 4.22 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.15<br>☐ Not listed. Explain ____ | _ |
| 4.23 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.42<br>☐ Not listed. Explain ____ | _ |
| 4.24 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.14<br>☐ Not listed. Explain ____ | _ |
| 4.25 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.28<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case 19-22155    Doc# 1    Filed 10/08/19    Page 78 of 116

| Debtor | Emporia Property Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.26 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.35<br>☐ Not listed. Explain ____ | _ |
| 4.27 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.3<br>☐ Not listed. Explain ____ | _ |
| 4.28 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.36<br>☐ Not listed. Explain ____ | _ |
| 4.29 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.4<br>☐ Not listed. Explain ____ | _ |
| 4.30 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.31<br>☐ Not listed. Explain ____ | _ |
| 4.31 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.17<br>☐ Not listed. Explain ____ | _ |
| 4.32 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.34<br>☐ Not listed. Explain ____ | _ |
| 4.33 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.24<br>☐ Not listed. Explain ____ | _ |
| 4.34 | Provident Trust Group<br>8880 W Sunset Road<br>Suite 250<br>Las Vegas, NV 89148 | Line 3.33<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 32,435.82 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,816,212.17 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,848,647.99 |

Fill in this information to identify the case:

Debtor name  Emporia Property Group, LLC

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest — Property Management Agreement<br><br>State the term remaining — Expires 4/30/2020<br><br>List the contract number of any government contract | Allen & O'Hara Development<br>PO Box 771889<br>Memphis, TN |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest — Franchise Agreement<br><br>State the term remaining — Expires 11/18/2038<br><br>List the contract number of any government contract | Choice Hotels International<br>1 Choice Hotels Circle<br>Ste 400<br>Rockville, MD 20850 |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest — Point of sale system, service agreement and merchant processing agreement<br>State the term remaining — Expires 9/4/2021<br><br>List the contract number of any government contract | Harbor Touch<br>2202 N Irving St<br>Allentown, PA 18109 |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest — Franchise client service agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | HR Service Group LLC<br>3905 National Drive Ste 400<br>Burtonsville, MD 20866 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Case 19-22155    Doc# 1    Filed 10/08/19    Page 80 of 116

Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Property Listing Agreement | |
|---|---|---|---|
| | State the term remaining | Expires 9/30/2019 | HREC<br>6400 South Fiddler's Green Cir<br>Ste 1730<br>Englewood, CO 80111 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Finance Agreement | |
|---|---|---|---|
| | State the term remaining | Expires 5/15/2020 | Marlin Business Bank<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 |
| | List the contract number of any government contract | | |

Debtor name    Emporia Property Group, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    _____

☐ Check if this is an
    amended filing

# Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Blue Consulting | 148 Water Hazard Lane<br>Las Vegas, NV 89148 | Choice Hotels International | ☐ D _____<br>■ E/F _3.12_<br>☐ G _____ |
| 2.2 | Controlled Chaos Inc | 1408 6th St<br>Las Vegas, NV 89104 | Choice Hotels International | ☐ D _____<br>■ E/F _3.12_<br>☐ G _____ |
| 2.3 | Daniel Blue | 148 Water Hazard Lane<br>Las Vegas, NV 89148 | Choice Hotels International | ☐ D _____<br>■ E/F _3.12_<br>☐ G _____ |
| 2.4 | Daryl S. Morris | 1771 Calla Lilly Court<br>Nolensville, TN 37135 | Choice Hotels International | ☐ D _____<br>■ E/F _3.12_<br>☐ G _____ |
| 2.5 | Gold Enterprise | 10300 Charleston Blvd<br>#13-283<br>Las Vegas, NV 89135 | Marlin Business Bank | ■ D _2.69_<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Emporia Property Group, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Gold Enterprise | 10300 Charleston Blvd #13-283 Las Vegas, NV 89135 | Pawnee Leasing Corporation | ■ D ___2.78___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Gold Enterprise | 10300 Charleston Blvd #13-283 Las Vegas, NV 89135 | Choice Hotels International | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.8 | Hannah Jones | 614 N 650 W American Fork American Fork, UT 84003 | Choice Hotels International | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.9 | High Stone Trust | 614 N 650 W American Fork, UT 84003 | Choice Hotels International | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.10 | JFAM Investments, LLC | 770 E. Main St #336 Lehi, UT 84083 | Choice Hotels International | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.11 | Lee Jones | 614 N 650 W American Fork, UT 84003 | Morefield Speicher Bachman | ☐ D _____<br>■ E/F ___3.39___<br>☐ G _____ |
| 2.12 | Thomas Varga | 10300 Charleston Blvd #13-283 Las Vegas, NV 89135 | Marlin Business Bank | ■ D ___2.69___<br>☐ E/F _____<br>☐ G _____ |

Official Form 206H

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Emporia Property Group, LLC | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 | Thomas Varga<br>10300 Charleston Blvd<br>#13-283<br>Las Vegas, NV 89135 | Pawnee Leasing<br>Corporation | ■ D   2.78<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | Thomas Varga<br>10300 Charleston Blvd<br>#13-283<br>Las Vegas, NV 89135 | Choice Hotels<br>International | ☐ D _____<br>■ E/F   3.12<br>☐ G _____ |

Debtor name    Emporia Property Group, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*.................................................................................. $    3,050,000.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.............................................................................. $    186,648.12

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................ $    3,236,648.12

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $    4,557,405.64

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $    32,435.82

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    1,816,212.17

4. **Total liabilities** ...........................................................................................
     Lines 2 + 3a + 3b

     $    6,406,053.63

Fill in this information to identify the case:

Debtor name    Emporia Property Group, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 23, 2019     ✗ /s/ Lee Jones
                                         Signature of individual signing on behalf of debtor

                                         Lee Jones
                                         Printed name

                                         Authorized Signer for Emporia Property Group, LLC
                                         Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    Emporia Property Group, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)     _____

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 1/01/2019 to Filing Date | ■ Operating a business<br>☐ Other  _____ | $203,809.00 |
   | For prior year:<br>From 1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other  _____ | $363,635.00 |
   | For year before that:<br>From 1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other  _____ | $201,850.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   Allen & O'Hara Development<br>PO Box 771889<br>Memphis, TN | 6/12/19 -<br>$2,687.45<br>6/17/19 -<br>$6,000.00<br>7/8/19 -<br>$394.54<br>7/9/19 -<br>$8.075.97<br>7/15/19 -<br>$2,098.67<br>7/23/19 -<br>$2,079.30 | $20,720.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2.   Matthew Mills<br>PO Box 771889<br>Memphis, TN 38177-1889 | 6/10/19<br>-$12,906.21<br>6/12/19 -<br>$3,256.07<br>6/18/19 -<br>$4,588.71<br>6/26/19 -<br>$607.65<br>7/9/19 -<br>$6,248.04<br>7/30/19 -<br>$1,224.68 | $28,832.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Reimbursements made<br>for payments incurred on behalf of<br>the company |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Savant Investments LLC<br>197 E. California Ave #250<br>Las Vegas, NV 89104<br>Realted party to Controlled Chaos, Inc. | 9/25/18 -<br>$33,500.00<br>11/1/18 -<br>$27,800.00<br>11/26/18 -<br>$12,200.00 | $73,500.00 | Finders Fees |
| 4.2.   Daryl S. Morris<br>1771 Calla Lilly Court<br>Nolensville, TN 37135<br>Manager | 8/17/18 -<br>$2,500.00<br>9/18/18 -<br>$2,500.00<br>9/21/18 -<br>$2,500.00<br>10/24/18 -<br>$2,500.00<br>12/12/18 -<br>$2,500.00<br>12/28/18 -<br>$2,500.00 | $15,000.00 | Manager Fees |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Solid Rock Energy Solutions, LLC 2019-SL-000003 | Mechanic's Lien | Lyon County District Court 430 Commercial Street Emporia, KS 66801 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Piping Contractors of Kansas, Inc. 2019-SL-000005 | Mechanic's Lien | Lyon County District Court 430 Commercial St Emporia, KS 66801 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | | | | ☐ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Evans & Mullinix, P.A.<br>7225 Renner Road, Suite 200<br>Shawnee, KS 66217 | Attorney Fees, including filing fee | 8/13/19 | $25,000.00 |
| Email or website address<br>cgotham@emlawkc.com | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|--|----------------------------------------|--------------------------------|-------------------------------|------------------------------------------------------|-----------------------------------------|
| 18.1. | Emporia Federal Credit Union Emporia, KS 66801 | XXXX-0930 | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 7/12/19 Checking and Savings | $25.95 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|-----------------------|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---------------------------|-----------------------------------|-----------------------------|-----------------------|

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Connex Storage<br>2700 W. 18th Avenue<br>Emporia, KS 66801 | Allen & O'Hara | Hotel room supplies, vanities, toilets, shower surrounds, etc. (on propety but detached container) | ☐ No<br>■ Yes |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. Peterson Whitaker & Bjork<br>3140 Harbor Lane Ste 100<br>Minneapolis, MN 55447 | January 2018 -<br>current<br>(bookkeper) |
| 26a.2. Street Tax Service<br>15 W. 5th Ave<br>Emporia, KS 66801 | January 2017 -<br>December 2017<br>(bookkeeper) |
| 26a.3. Eide Bailly<br>1095 S. 800 E.<br>Orem, UT 84097 | Tax year 2017<br>(Annual Income Tax) |
| 26a.4. My CPA Accounting & Advisory Services<br>5252 Edgewood Drive Ste 100<br>Provo, UT 84604 | Tax year 2018 (on<br>extension) |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. Peterson Whitaker & Bjork<br>3140 Harbor Lane Ste 100<br>Minneapolis, MN 55447 | December 2017 -<br>current |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. Peterson Whitaker & Bjork<br>3140 Harbor Lane Ste 100<br>Minneapolis, MN 55447 | |
| 26c.2. Vigilant Management, Inc.<br>770 E. Main St #336<br>Lehi, UT 84043 | Consolidated general ledger records for<br>compliing property manager or bookkeeper<br>reports for annual income tax filings |
| 26c.3. Street Tax Service<br>15 W. 5th Ave<br>Emporia, KS 66801 | Books & records January 2017 - December 2017 |
| 26c.4. CUSA Hospitality & Property Management<br>300 Ridenour Blvd #200<br>Kennesaw, GA 30152 | Books & records August 2016 - December 2016 |
| 26c.5. Gold Enterprises, LLC d/b/a<br>US Multifamily Properties<br>Tom Varga<br>10300 Charleston Blvd ##13-382<br>Las Vegas, NV 89135 | LLC Manager and primary operator May 2016 -<br>May 2018 |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |

| 26d.1. | HREC Investment Advisors<br>222 W. Gregory Blvd Ste 219<br>Kansas City, MO 64114 |
| --- | --- |
| 26d.2. | Valbridge Property Advisors<br>10990 Quivira Road Ste 100<br>Overland Park, KS 66210 |
| 26d.3. | JFAM Investments LLC<br>770 E. Main St #336<br>Lehi, UT 84043 |
| 26d.4. | Controlled Chaos, Inc.<br>197 E. California Ave #250<br>Las Vegas, NV 89104 |
| 26d.5. | Blue Consulting LLC<br>197 E. California Avenue #250<br>Las Vegas, NV 89104 |
| 26d.6. | Gold Enterprises LLC<br>10300 Charleston Blvd #13-382<br>Las Vegas, NV 89125 |
| 26d.7. | Daryl Morris<br>1711 Calla Lilly Court<br>Nolensville, TN 37135 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | Matt Mills | 8/1/19 | $4,862.84 cost basis - Kitchen/Food |
| | **Name and address of the person who has possession of inventory records**<br>Matt Mills<br>PO Box 771889<br>Memphis, TN 38177-1889 | | |
| 27.2. | Matt Mills | 8/1/19 | $3,201.90 cost basis - Lounge |
| | **Name and address of the person who has possession of inventory records**<br>Matt Mills<br>PO Box 771889<br>Memphis, TN 38177-1889 | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daryl S. Morris | 1711 Calla Lilly Ct<br>Nolensville, TN 37135 | Managing Member | 15% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JFAM Investments LLC | 770 E. Main St #336<br>Lehi, UT 84043 | Member | 37.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Controlled Chaos, Inc. | 197 E. California Ave #250<br>Las Vegas, NV 89104 | Member | 32.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gold Enterprises LLC | 10300 Charleston Blvd #13-382<br>Las Vegas, NV 89125 | Member (Former Manager) | 10% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Blue Consulting, LLC | 197 E. California Ave #250<br>Las Vegas, NV 89104 | Member | 5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Allen & O'Hara Development | PO Box 771889<br>Memphis, TN | 3rd Party Property Manager | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Savant Investments LLC<br>197 E. California Ave #250<br>Las Vegas, NV 89104 | $33,500.00<br>$27,800.00<br>$12,200.00 | 9/25/18<br>11/1/18<br>11/26/18 | Lender finder fees |
| **Relationship to debtor**<br>Affiliate of Member | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | JFAM Investments LLC<br>770 E. Main St #336<br>Lehi, UT 84043 | $5,000.00 | 1/24/19 | Return of wire sent in error |
| | **Relationship to debtor**<br>Member | | | |
| 30.3. | Daryl S. Morris<br>1771 Calla Lilly Court<br>Nolensville, TN 37135 | 8/7/18<br>9/18/18<br>9/21/18<br>10/24/18<br>12/12/18<br>12/28/18 | $2,500.00<br>$2,500.00<br>$2,500.00<br>$2,500.00<br>$2,500.00<br>$2,500.00 | Management Fees |
| | **Relationship to debtor**<br>Manager | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     September 23, 2019

/s/ Lee Jones                                              Lee Jones
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     Authorized Signer for Emporia Property Group, LLC

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Kansas

In re   Emporia Property Group, LLC                                    Case No. _____
                                           Debtor(s)                   Chapter      11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................... $ _____ Hourly

    Prior to the filing of this statement I have received ........................... $ _____ 23,283.00

    Balance Due subject to Court approval ............................................ $ _____ Unknown

2.  $ __1,717.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other
       adversary proceedings, reaffirmations and redemptions.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

  9/23/19                                            /s/ Colin N. Gotham
  _____                   _____
  *Date*                                             Colin Gotham KS#19538; MO#52343
                                                     *Signature of Attorney*
                                                     Evans & Mullinix, P.A.
                                                     7225 Renner Road, Suite 200
                                                     Shawnee, KS 66217
                                                     (913) 962-8700  Fax: (913) 962-8701
                                                     cgotham@emlawkc.com
                                                     *Name of law firm*

---

Alan M. Nolan
4135 High Prairie Road
Valley Mills TX 76689


Allen & O'Hara Development
PO Box 771889
Memphis TN


Amanda Day
14 Liberty Ln #75
South Portland ME 04106


American Estate & Trust
6900 Westcliff Drive
Ste 603
Las Vegas NV 89145


Andrea Brooks-Tucker
3367 John Hancock Drive
Tallahassee FL 32312


Andrea Crews
3021 NE 104th Terrace
Silver Springs FL 34488


Andrew Soon-Foong
45 SW 21st Rd
Miami FL 33129


Anne Ciota
93A Ayer Rd
Harvard MA 01451


Anthony E Bozzi
12012 Sugarland Valley Dr.
Herndon VA 20170


Arleen Espiritu
19W736 13th Place
Lombard IL 60148


Arlene Kendig
7445 O'Hara Street
Huntersville NC 28078

Athena Mills
5788 Knoll Crest Court
Boulder CO 80301


Azure Rock LLC
7445 O'Hara Street
Huntersville NC 28078


Azure Rock LLC
7445 'Ohara Street
Huntersville NC 28078


Barbara Benjamin
100 Alden Street #322
Provincetown MA 02657


Barbara Benjamin &
Susan Deaver
100 Alden Street #322
Provincetown MA 02657


Barbara Wilson
20201 Runnymede Street
Winnetka CA 91306


Blue Consulting
148 Water Hazard Lane
Las Vegas NV 89148


Bradley Childers
19231 N Miller Way
Maricopa AZ 85139


Brenda A. Hurley
3312 N Arcadia Street
Colorado Springs CO 80907


Brenda Evans
716 Jamestown Ln
Gardendale AL 35071


Bruce Barnes
13235 SE 261st Street
Kent WA 98042

Carol Proctor
100 Alden Street #322
Provincetown MA 02657


Catherine Osborn
8334 State Road
Colden NY 14033


Celine L Agostini
20011 Cutler Court
Cutler Bay FL 33189


Cheryl Morris
2234 W. Taylor St. Apt. 3F
Chicago IL 60612


Choice Hotels International
1 Choice Hotels Circle
Suite 400
Rockville MD 20850


Choice Hotels International
1 Choice Hotels Circle
Ste 400
Rockville MD 20850


Christa Bourg
9428 Setting Moon Court
Colorado Springs CO 80925


Christina N Norton
12 Westgate Lane
Troy MO 63379


Constance Barnes
5632 Crestwood Court
Frederick MD 21703


Controlled Chaos Inc
1408 6th St
Las Vegas NV 89104


Courtesy Products
PO Box 840020
Kansas City MO 64184

Dan P. Kelly
1050 Maple St #1903
Wenatchee WA 98807


Daniel Blue
148 Water Hazard Lane
Las Vegas NV 89148


Daniel M Anderson
4112 W Southwood Drive
Franklin WI 53132


Darrell Fannin
1285 Campbell Lane
Hoffman Estates IL 60169


Daryl S. Morris
1771 Calla Lilly Court
Nolensville TN 37135


David Bon
14501 E. Crestline Dr
Aptl 203
Aurora CO 80015


David Flores
9402 Claridge Drive
Houston TX 77031


David L Moerke
3960 S Lipton Ave
Saint Francis WI 53235


David Norton
323 Mason Glen Drive
Lake Saint Louis MO 63367


Debra Bassett
9292 SW County Road 14
Madison FL 32340


Dennis Winson
9405 Blackwell Road, Unit 411
Rockville MD 20850

Diamond D Innovation
107 Iowa Street
Alma KS 66401


Dolores Kienzle
104 Kensington Place
Saint Charles IL 60175


Donald Melfe
44 Taft Avenue
Newburgh NY 12550


Edward J. Stevens
14181 E. Baltic Place
Aurora CO 80014


Edward Nelson
1008 Santa Helena Avenue
Henderson NV 89002


Eileen McKenna
30 B Street
Saint Paul MN 55106


Elaine Russell
54 Stockton Place
East Orange NJ 07017


Erika Madeiros
33 High Street
North Attleborough MA 01701


Eva Childress
5049 Silver Lake Drive
Plano TX 75093


Forrest Larue
1069 African Eagle Ave
Henderson NV 89015


Gail A. Christensen
1017 S 22nd Street
Omaha NE 68108

Gary Kendig
7445 O'Hara Street
Huntersville NC 28078


Gavin Monaghan
290 Bostock Road
Shokan NY 12481


Gene Parker
206 E Paso Fino Way
Queen Creek AZ 85143


George Tuhowski iii
745 Suffolk Court
Hoffman Estates IL 60192


Gold Enterprise
10300 Charleston Blvd
#13-283
Las Vegas NV 89135


Golden Malted
PO Box    129
Concordville PA 19331


Guest Supply
PO Box 6771
Somerset NJ 08875


Hannah Jones
614 N 650 W American Fork
American Fork UT 84003


Harbor Touch
2202 N Irving St
Allentown PA 18109


High Stone Trust
614 N 650 W
American Fork UT 84003


HR Service Group LLC
3905 National Drive Ste 400
Burtonsville MD 20866

HREC
6400 South Fiddler's Green Cir
Ste 1730
Englewood CO 80111


James Estep
P.O Box 54
Black Diamond WA 98010


James Preslar
19666 Blossom Ln
Grosse Pointe Woods MI 48236


James Sargent
1260 Military West
Benicia CA 94510


James Vail
57095 Venus Place
Clark CO 80428


Janet D Niederman
1818 Pelham Avenue #306
Los Angeles CA 90025


Jeff Naramor
914 Wooded Lane
Marshall MI 49068


Jesse Fuentes
2136 Hazlitt Drive
Houston TX 77032


JFAM Investments, LLC
770 E. Main St #336
Lehi UT 84083


Joan Walker
6719 Bruce Road
Celina OH 45822


JoAnn Hill
91 Shaw Dr.
Esudilla Bonita Acres
Quemado NM 87829

John Barry Gipson
1848 County Road 928
Brookland AR 72417


John Dally
129 Oakmont Drive
Mays Landing NJ 08330


John Emde
261 Raintree Rd
Virginia Beach VA 23452


John Schremp
3536 Muller Drive
Zephyr Hills FL 33540


Jon J Hoke
12931 S. Stubbs Rd
Overbrook KS 66524


Jose Adorno-Garay
2550 Grand Lakeside Dr
Palm Harbor FL 34684


Judith A McIntosh
9300 Coit Rd Apt 1214
Plano TX 75025


Judyth Kaplan - Levitt
43 Higgins Rd
Framingham MA 01701


Julie A Handberg
6075 Lincoln Drive #306
Minneapolis MN 55436


Julie A. Speed
2605 278th Street E
Spanaway WA 98387


Julie Frank
11863 W. 56th Circle
Arvada CO 80002

Julio Henao
1127 Eldridge Parkway
Ste 300-116
Houston TX 77077


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005


Kansas Department of Revenue
7600A W. 119th St
Overland Park KS 66210


Kansas Dept of Administration
Attn Director of Acct & Report
Landon State Ofc Bldg Rm 351S
900 SW Jackson
Topeka KS 66612


Karen Rinker
PO Box 95
Page AZ 86040


Kenneth Miller
6650 S. Beach Drive
Alanson MI 49706


Kenneth Thall
777 S. Federal Hwy # G215
Pompano Beach FL 33062


Kevin Landry
8485 Westwind Rd
Las Vegas NV 89139


Kim Peterson
20 5th St NW #101
Waukon IA 52172


Kristen Mowafy
1204 Ortman Road
Marquette MI 49855

Laurie A Malone
1825 Windsor Blvd
Homewood AL 35209


Laurie M Anderson
4112 W Southwood Drive
Franklin WI 53132


Lee Childers
317 Copperhead Lane
Alvarado TX 76009


Lee Jones
614 N 650 W
American Fork UT 84003


Lenore Matley
76 N Manila Avenue
Clovis CA 93612


Lorretta Miller
602 avon st
Flint MI 48503


Lyn Adams
492 Big Sky Drive
Oceanside CA 92058


Lynn Wiese
40680 N 3985 Road
Collinsville OK 74021


Lyon County Kansas
430 Commercial St
Emporia KS 66801


Mandy Green
25 N. University Street
Vermillion SD 57069


Maria D Herring
1605 Abaco Drive Apt D3
Coconut Creek FL 33066

Marilyn Golden
3821 Zinnia Rd
Diana TX 75640


Marjory Meyer
119 13th Avenue NE
Oelwein IA 52001


Mark V. Kelley
3513A Stanolind Avenue
Midland TX 79707


Marlin Business Bank
300 Fellowship Road
Mount Laurel NJ 08054


Marta Romano
2237 La Mark Avenue
Las Vegas NV 89106


Mary Beth Howard
1409 Bardwell W Road
Williamsburg OH 45176


Mary Eliza Burton
17300 Wedgewood Drive
Lanexa VA 23089


Mary Gregory
4470 Putnam Street
Marianna FL 32446


Michael Phillips
2278 Washington Drive
Northbrook IL 60062


Morefield Speicher Bachman
11814 W 135th St,
Overland Park KS 66221


Pamela Banderman
5 Nailbender Ln.
Sullivan MO 63080

Pamela Scherger
116 Grey Mill Court
Rocky Mountain NC 27804


Patricia K DeLuca
3 Stagecoach Rd
Windsor CT 06095


Patricia L Byrd
749 Deer Lick Road
Lewisburg KY 42256


Patricia W. Wittig
4922 Paradise Lake Circle
Hoover AL 35244


Pawnee Leasing Corporation
3801 Automation Way
Ste 207
Fort Collins CO 80525


Peggy Schremp
3536 Muller Drive
Zephyr Hills FL 33540


Piping Contractors of Kansas
d/b/a PCI Mechanical Services
115 S Jackson
Topeka KS 66603


Provident Trust Group
8880 W Sunset Road
Suite 250
Las Vegas NV 89148


Reed Thomas
159 County Rd 233
Lyman WY 82937


Reynold Johnson
1415 Millennial Lane
Lawrenceville GA 30045

Rhonda Nolda
129 N Elder Ave
North Platte NE 69101


Rick Dixon
1090 Lowell Drive
Oconomowoc WI 53066


Robert Carnesi
14506 Vista Del Lago Blvd
Winter Garden FL 34787


Robert Danforth
9836 Masterpiece Drive
Las Vegas NV 89148


Robert L. Smith Jr.
6533 West Ave L10
Lancaster CA 93536


Robin Tadlock
107 W Holt Street
Sanger TX 76266


Roger Kubischta
1107 Lane Terrace
The Villages FL 32163


Ronald Boswell
105 Bennington Court
Charlottesville VA 22901


Ronald Srajer
9850 Garfield Ave Spc 107
Huntington Beach CA 92646


Rossanna Macdougall
4884 Doyle Road
San Jose CA 95129


Rudy Castellanos
4911 Randolph Street
Maywood CA 90270

Sayeed Patel
9205 Amber Downs Drive
McKinney TX 75070


Scott Telle
1856 Lewisham Way
Virginia Beach VA 34945


Sheila Heward
37 Kirkpatrick Lane
Bella Vista AR 72715


Sherry Bartz
11695 E. 114th Ave
Commerce City CO 80640


Solid Rock Energy Solutions
2250 N Rock Road Ste 118-261
Wichita KS 67226


Stephanie Kennedy
208 S. Pierce St
Adams WI 53910


Stephen Kessman
23 Deer Park Road
Danbury CT 12563


Stephen R Lochelt
439 Quail Court
Fillmore CA 93015


Steven Hilliard
7 Wales Ct
O Fallon MO 63366


Steven Rothman
107 Willamette Way
Dayton NV 89403


Susan Danielson
401 Crimson Lane
Plymouth IN 46563

Suzanne Still
1672 LOT 2 COUNTY RD 81
BLUE MOUNTAIN MS 38610


Tammie Tipton
8760 Ravenglass Way
Montgomery Village MD 21075


Terry Osborne
1631 Kent Church Road
Brooklyn IA 52211


Thomas Roffino
2811 Poteet Drive
Mesquite TX 75150


Thomas Varga
10300 Charleston Blvd
#13-283
Las Vegas NV 89135


Timothy Sweeney
8003 Moss Grove Place
Fort Wayne IN 46825


Tony Wallace
8914 Kathlyn Drive
St. Louis MO 63134


Tracy Bridges
164 Knotty Oak Road
Coventry RI 02816


Walter Blumenfeld
300 E. 85th St Apt PH3
New York NY 10028


William Frederickson
3415 20th Street Court
Rock Island IL 61201


William Penn
2604 Brighton Drive
Flower Mound TX 75028

Wossenyelesh Million
227 Chestnut Ct.
San Ramon CA 94583

**United States Bankruptcy Court**
**District of Kansas**

In re  Emporia Property Group, LLC _____  Case No. _____
                                        Debtor(s)                    Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Signer for Emporia Property Group, LLC of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  September 23, 2019 _____        /s/ Lee Jones _____
                                                 Lee Jones/Authorized Signer for Emporia Property Group, LLC
                                                 Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re   Emporia Property Group, LLC         Case No. _____
                          Debtor(s)            Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Blue Consulting, LLC<br>197 E. California Ave #250<br>Las Vegas, NV 89104 | Common | 5% | LLC Membership interest |
| Controlled Chaos, Inc.<br>197 E. California Ave #250<br>Las Vegas, NV 89104 | Common | 32.5% | LLC Membership interest |
| Daryl S. Morris<br>1711 Calla Lilly Court<br>Nolensville, TN 37135 | Common | 15% | LLC Membership Interest |
| Gold Enterprises LLC<br>10300 Charleston Blvd #13-382<br>Las Vegas, NV 89125 | Common | 10% | LLC Membership interest |
| JFAM Investments LLC<br>770 E. Main St #336<br>Lehi, UT 84043 | Common | 37.5% | LLC Membership Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Signer for Emporia Property Group, LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   September 23, 2019          Signature   /s/ Lee Jones
                                                 Lee Jones

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Kansas

In re   Emporia Property Group, LLC                     Case No. _____

                                      Debtor(s)           Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Emporia Property Group, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Controlled Chaos, Inc.
197 E. California Ave #250
Las Vegas, NV 89104

Gold Enterprises LLC
10300 Charleston Blvd #13-382
Las Vegas, NV 89125

JFAM Investments LLC
770 E. Main St #336
Lehi, UT 84043

☐ None [*Check if applicable*]

| | |
|---|---|
| September 23, 2019 | /s/ Colin Gotham |
| Date | Colin Gotham KS#19538; MO#52343 |
| | Signature of Attorney or Litigant |
| | Counsel for   Emporia Property Group, LLC |
| | Evans & Mullinix, P.A. |
| | 7225 Renner Road, Suite 200 |
| | Shawnee, KS 66217 |
| | (913) 962-8700 Fax:(913) 962-8701 |
| | cgotham@emlawkc.com |